```
Label Matrix for local noticing       AFNI                                  Cellular One
0315-2                                P.O. Box 3097                         P.O. Box 17308
Case 06-25243-JAD                     Bloomington, IL  61702                Baltimore, MD  21297
Western District of Pennsylvania
Pittsburgh
Thu Dec 21 15:52:23 EST 2006

Comcast                               Jeffery A. Deller                     Dish Network
PO Box 3002                                                                 POB 4034
Southeastern, PA  19398               Dan Burk                              Woburn, MA  01888

                                      Allegheny Real Estate

                                      216 N. Jefferson Street

                                      Kittanning, PA   16201
Dominion Peoples                      Margaret Gairo                        HSBC Card Services
P.O. Box 26784                        123 South Broad Street                P.O. Box 17051
Richmond, VA  23261                   Suite 2080                            Baltimore, MD  21297
                                      Philadelphia, PA 19109



Homeq                                 WACHOVIA BANK NA                      LVNV Funding
POB 79230                             P O BOX 13765                         P.O. Box 10584
City of Industry, CA  91716           ROANOKE VA 24037-3765                 Greenville, SC  29603



LVNV Funding                          Manor Twp Joint Municipal Auth        Aaron M. Miller
P.O. Box 740281                       2310 Pleasant View Drive              616 Painter Avenue
Houston, TX  77274                    Ford City, PA  16226                  Ford Cliff, PA 16228



NATIONAL CITY BANK                    National City                         Office of the United States Trustee
PO BOX 94982                          POB 400104                            Liberty Center.
CLEVELAND, OH  44101                  Pittsburgh, PA   15278                1001 Liberty Avenue, Suite 970
                                                                            Pittsburgh, PA 15222


PNC                                   Pennsylvania Dept. of Revenue         Portfolio Acquisitions
2730 Liberty Avenue                   Department 280946                     2425 Commerce Avenue
Pittsburgh, PA  15222                 P.O. Box 280946                       Suite 10
                                      ATTN: BANKRUPTCY DIVISION             Duluth, GA  30096
                                      Harrisburg, PA 17128-0946


Robert Shearer                        Udren Law Offices, P.C.               Wachovia Bank, National Association
Robert Shearer, P.C.                  111 Woodcrest Road
4536 Melwood Road                     Suite 200
Leechburg, PA 15656                   Cherry Hill, NJ  08003



WACHOVIA BANK NA                      WACHOVIA BANK NA                      Wells Fargo Bank Minnesota, NA as Trustee
P O BOX 13765                         P O BOX 13765                         c/o HomeEq Servicing
ROANOKE VA 24037-3765                 ROANOKE VA 24037-3765                 P.O. Box 160101
                                                                            Sacramento CA 95816



Wells Fargo Bank Minnesota, National Associa   Ronda J. Winnecour           End of Label Matrix
Main Office                           Suite 3250, USX Tower                 Total addresses 28
c/o Rosicki, Rosicki & Associates, P.C.   600 Grant Street
Outsource Management                  Pittsburgh, PA 15219
51 East Bethpage Road
Plainview, NY 11803
```