IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 06-25243 |
| AARON M. MILLER, | Chapter 13 |
| Debtor, | Related to Doc. No. 89 |
| PNC BANK, NATIONAL ASSOCIATION, | |
| Movant/Claimant, | Document No. _____ |
| v. | |
| AARON M. MILLER, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2014, upon consideration of the foregoing Motion to Reopen Bankruptcy Pursuant to 11 U.S.C. § 350(b) it is hereby ORDERED that the Aaron M. Miller bankruptcy is reopened.

BY THE COURT:

_____
Jeffery A. Deller
United States Bankruptcy Judge