IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankrutcy No. 06-25243 |
| AARON M. MILLER, | Chapter 13 |
| Debtor, | Related to Doc. No. 89 |
| PNC BANK, NATIONAL ASSOCIATION, | |
| Movant/Claimant, | |
| v. | |
| AARON M. MILLER,<br>and<br>RONDA J. WINNECOUR, Ch. 13 Trustee, | |
| Respondents | |

ORDER OF COURT

AND NOW, this _____ day of _____, 2014, upon

consideration of the foregoing Motion for Order Directing Payment of Funds to Claimant

Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq. (the "Motion"),

it is hereby DETERMINED that the Court finds the Claimant, PNC Bank, National

Association, has noticed the United States Attorney as required by 28 U.S.C. § 2041, et seq.;

and,

it is hereby ORDERED that Claimant's Motion is granted.

The Clerk of Court shall tender the unclaimed funds in the amount of $7,903.31 to

Claimant.  The Clerk of Court shall make the payment to PNC Bank, National Association and

shall mail the payment to 1600 Market Street, 28th Floor Philadelphia, PA 19103.

Upon payment of the funds specified herein, the Clerk may close the case

BY THE COURT:

_____
Jeffery A. Deller
United States Bankruptcy Court Judge