# Notice Recipients

District/Off: 0315−2        User: msch        Date Created: 5/7/2014
Case: 06−25243−JAD        Form ID: 400        Total: 1

**Recipients of Notice of Electronic Filing:**
aty    William E. Kelleher, Jr.    wkelleher@cohenlaw.com

TOTAL: 1