**Form 404**

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | 100 – 99 |
| **WESTERN DISTRICT OF PENNSYLVANIA** | msch |

In re:  
                                                                                   Bankruptcy Case No.: 06–25243–JAD  
                                                                                   Doc. # 99  
                                                                                   Chapter: 13  
                                                                                   Hearing Date: 6/6/14 at 10:00 AM  

**Aaron M. Miller**  
    Debtor(s)

**CERTIFICATE OF SERVICE OF** _____  
            **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.  
                                                                  (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                                                            By:  _____  
                                                                   (Signature)

                                                                   _____  
                                                                   Typed Name

                                                                   _____  
                                                                   Address

                                                                   _____  
                                                                   Phone No.

                                                                   _____  
                                                                   List Bar I.D. and State of Admission