# Notice Recipients

District/Off: 0315–2     User: msch     Date Created: 5/7/2014
Case: 06–25243–JAD      Form ID: 404    Total: 1

**Recipients of Notice of Electronic Filing:**
aty     William E. Kelleher, Jr.     wkelleher@cohenlaw.com

TOTAL: 1