IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 06-25243 |
| AARON M. MILLER, | Chapter 13 |
| Debtor, | |
| PNC BANK, NATIONAL ASSOCIATION, | Related to Documents 96 and 98 |
| Movant/Claimant, | Hearing Date:  June 6, 2014 at 10:00 a.m. |
| v. | Response Deadline:  May 23, 2014 |
| AARON M. MILLER, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

CERTIFICATE OF NO OBJECTION TO
MOTION TO REOPEN BANKRUPTCY PURSUANT TO 11 U.S.C. § 350(b)

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reopen Bankruptcy Pursuant to 11 U.S.C. § 350(b) filed at Document No. 96 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than May 23, 2014.

It is hereby respectfully requested that the Order attached to the Movant's Motion to Reopen Bankruptcy Pursuant to 11 U.S.C. §350(b) be entered by the Court.

Respectfully submitted,

Dated: May 27, 2014

By: /s/ David L. Zive
David L. Zive, Esquire
Senior Counsel
PNC Bank, National Association
PA I.D. # 56309
david.zive@pnc.com
600 Market Street, 28th Floor Philadelphia, PA 19103
215-585-6351

By: /s/ William E. Kelleher, Jr.
William E. Kelleher, Jr.
PA I.D. 30747
COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh PA 15222-3152
Phone:  412-297-4703
Fax:     412-209-0672
wkelleher@cohenlaw.com

Attorneys for Claimant, PNC Bank, National Association