IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 06-25243 |
| AARON M. MILLER, | Chapter 13 |
| Debtor, | |
| | Related to Documents 99 and 100 |
| PNC BANK, NATIONAL ASSOCIATION, | |
| Movant/Claimant, | Hearing Date: June 6, 2014 at 10:00 a.m. |
| | Response Deadline: May 27, 2014 |
| v. | |
| AARON M. MILLER, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

CERTIFICATE OF NO OBJECTION TO
MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT
PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041, ET SEQ.

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Order Directing Payment of Funds to Claimant Pursuant to 11 U.S.C. Section 347 and 28 U.S.C. Section 2041, et seq. filed at Document No. 99 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than May 27, 2014.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Order Directing Payment of Funds to Claimant Pursuant to 11 U.S.C. Section 347 and 28 U.S.C. Section 2041, et seq.be entered by the Court.

Respectfully submitted,

Dated:  May 28, 2014

By: /s/ David L. Zive
David L. Zive, Esquire
Senior Counsel
PNC Bank, National Association
PA I.D. # 56309
david.zive@pnc.com
600 Market Street, 28th Floor Philadelphia, PA 19103
215-585-6351

By: /s/ William E. Kelleher, Jr.
William E. Kelleher, Jr.
PA I.D. 30747
COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh PA 15222-3152
Phone:  412-297-4703
Fax:      412-209-0672
wkelleher@cohenlaw.com

Attorneys for Claimant, PNC Bank, National Association