IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>AARON M. MILLER,<br><br>Debtor,<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>Movant/Claimant,<br><br>v.<br><br>AARON M. MILLER,<br>and<br>RONDA J. WINNECOUR, Ch. 13 Trustee,<br><br>Respondents | Bankruptcy No. 06-25243<br><br>Chapter 13<br><br>Related to Doc. No. 89<br><br><br><br><br><br>Doc. # 99<br><br>DEFAULT O/E - JAD |

## ORDER OF COURT

AND NOW, this ___4th___ day of ___June___, 2014, upon consideration of the foregoing Motion for Order Directing Payment of Funds to Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq. (the "Motion"),

it is hereby DETERMINED that the Court finds the Claimant, PNC Bank, National Association, has noticed the United States Attorney as required by 28 U.S.C. § 2041, et seq.; and,

it is hereby ORDERED that Claimant's Motion is granted.

The Clerk of Court shall tender the unclaimed funds in the amount of $7,903.31 to Claimant. The Clerk of Court shall make the payment to PNC Bank, National Association and shall mail the payment to 1600 Market Street, 28th Floor Philadelphia, PA 19103.

Upon payment of the funds specified herein, the Clerk may close the case

BY THE COURT:

   6-4.2014

_____
Jeffery A. Deller, Chief Judge
~~United States Bankruptcy Court Judge~~

**FILED**

JUN 4  2014

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA